UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 5:08CR31-V |
| ) | |
| v. ) | ORDER UNSEALING |
| ) | INDICTMENT |
| AMOS TYRONE TUCKER ) | |
|    aka "Amos Tyrone Tucker, Jr. ) | |
|    aka "B-Lo" ) | |

FILED
CHARLOTTE, N.C.
AUG 13 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned case be unsealed.

This the 13th day of August, 2008.

CARL HORN, III
UNITED STATES MAGISTRATE JUDGE